**E-FILED**
Wednesday, 12 September, 2007  04:10:17 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **YASH TECHNOLOGIES, INC.,**<br>**an Illinois corporation** | ) | **FILED** |
| | ) | SEP 1 2 2007 |
| **Plaintiff,** | ) | |
| | ) NO. | JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>~~CENTRAL DISTRICT OF ILLINOIS~~ |
| **v.** | ) | |
| | ) | 07-4054 |
| **PROSPEED TRADING, INC.,**<br>**a California corporation,** | ) | |
| | ) | |
| **Defendant.** | | |

### NOTICE OF REMOVAL

Prospeed Trading, Inc., the Defendant in the above-entitled cause, seeks removal to this court and, in support thereof, alleges as follows:

1)      This action was commenced against Prospeed Trading, Inc., the sole Defendant, in the Circuit Court of the 14th Judicial Circuit, Rock Island County, Illinois, on 5/15/07. A copy of the complaint was served on the California Secretary of State on 8/7/07. This notice is filed within 30 days after service of the complaint on the Defendant. Asim Khawaja, the registered agent of the Defendant, has never received the Complaint and Summons filed by Plaintiff. As of this date, Defendant submits itself to the jurisdiction of the court for purposes of filing this notice.

2)      At the time the action was commenced and since then, the Plaintiff was and is a citizen of the County of Rock Island, State of Illinois, and the Defendant was and is a corporation organized and existing under the laws of the State of California with its principal place of business in New York, New York.

3)      The amount in controversy exceeds $75,000, exclusive of interest and costs. A copy of Plaintiff's complaint is attached to and is incorporated by reference in this notice.

4)    This action is a civil one of which the United States district courts have original

jurisdiction under 28 U.S.C. §1332.

5)    The Defendant attaches to this notice copies of all process, pleadings, and orders that

Defendant received from a co-owner of the indebtedness in question.

WHEREFORE, the Defendant prays that this cause be removed to the United States District

Court for the Central District of Illinois.

Prospeed Trading, Inc.

By: _____

Attorney, Philip E. Koenig
For Defendant

| STATE OF ILLINOIS | ) | |
| | ) | ss. |
| COUNTY OF ROCK ISLAND | ) | |

Philip E. Koenig, being first duly sworn on oath, deposes and says that:

1.    He is the attorney for the Defendant-petitioner in this cause;

2.    He has prepared and read the petition for removal filed in this cause and has

personal knowledge of the facts and matters contained in it; and

3.    The facts and allegations contained in the petition for removal are true and correct.

_____

Philip E. Koenig

SUBSCRIBED and SWORN to before
me this __12__ day of _September_ 2007,

_Gloria G. Schroder_
NOTARY PUBLIC

Philip E. Koenig
Theodore G. Kutsunis
Attorneys for Defendant
1515 4th Avenue
Rock Island, IL 61201
309-786-3313

OFFICIAL SEAL
GLORIA J. SCHRODER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-6-2009

3

2007MR000285D 001
YASH TECHNOLOGIES, INC
VS.
PROSPEED TRADING, INC
--------------------------------------------------------------------------------------------------
ENTERED    JDG CR  TEXT                                                              CHANGED USER
--------------------------------------------------------------------------------------------------
5/15/2007          **Declaratory Judgement filed on 5/15/07.      231.00                    DLR
                   Summons issued and ret'd to atty.                                        ALR

6/29/2007 TCB      Motion for Service Upon Secretary of State of California filed by        TJN
                   pltf.                                                                    TJN
                   Order entered (SO) TCB                                                   TJN

7/16/2007          Affidavit filed.                                        7/17/2007 WAR

7/20/2007          Alias summons issued and ret'd to Atty.             5.00            WAR

8/20/2007          Summons ret'd and filed (S) Marcia Sorensen bo Pro Speed Trading Inc.   8/21/2007 WAR

9/07/2007 AGB      Zmuda; file reviewed; deft FTA or plead; in default; judgment           DLR
                   entered; close file.   (so)  AGB                                        DLR

9/10/2007          Notice of entry of declaratory judgment (by default) filed by pltf      WAR
                   w/cos.                                                                   WAR

**E-FILED**
Wednesday, 12 September, 2007  04:10:37 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | | |
|---|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | 07MR285 |
| vs. | ) ) | Case No. _____ |
| PROSPEED TRADING, INC., a California corporation, | ) ) ) | |
| Defendant. | ) ) | |

### COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES the Plaintiff, YASH TECHNOLOGIES, INC., an Illinois corporation

("YASH"), by and through its attorneys, Califf & Harper, P.C., pursuant to 735 ILCS 5/2-701,

and for its Complaint for Declaratory Judgment against the Defendant, PROSPEED TRADING,

INC., a California corporation ("PROSPEED"), states as follows:

### PARTIES

1.      YASH is an Illinois corporation with a place of business located in Rock Island

County, Illinois.

2.      PROSPEED is a California corporation with an office in Corona, California.

3.      While not a party to this action, a party with knowledge concerning the subject

matter of this declaratory judgment action is Sush Tripathi of IT Source ("Source").

4.      At some time prior to February 3, 2006, upon information and belief, Source

informed a representative of Yash Technologies Private Limited, a corporation organized and

existing under the laws of India ("YASH India"), not YASH, that Source or PROSPEED was

assisting an end client named "Chemtura" in finding an information technology ("IT") company to which Chemtura could outsource work.

## FACTS

5.    Upon information and belief SOURCE contacted many potential companies to perform IT services offshore for Chemtura through PROSPEED or directly to Chemtura.

6.    Upon information and belief SOURCE caused to be sent to the potential IT companies referral fee agreements in the name of PROSPEED.

7.    A referral agreement in the name of YASH was received by a representative of Yash India and was signed by such representative, purportedly on behalf of YASH, not YASH India. A copy of such agreement (unsigned) is attached as Exhibit A and incorporated by this reference.

8.    The YASH India representative is not an employee, officer, director, owner or otherwise an authorized agent of YASH.

9.    The YASH India representative had neither express nor implied authority to sign the referral agreement on behalf of or otherwise to bind YASH.

10.    The YASH India representative had no apparent or other authority to sign the referral agreement on behalf of or otherwise to bind YASH.

11.    On or about March 21, 2007 YASH first received a copy of the referral agreement.

12.    A dispute has arisen between YASH and PROSPEED as to whether referral fees are owing to PROSPEED by virtue of the referral agreement and litigation has been threatened against YASH.

## DECLARATION OF RIGHTS REQUESTED

13.    YASH therefore seeks a declaration of this Court that YASH is not legally

obligated to make any payments to PROSPEED by virtue of the referral agreement.

WHEREFORE, the Plaintiff, YASH TECHNOLOGIES, INC., an Illinois corporation,

prays for a declaratory judgment finding and ordering that the Plaintiff is not legally obligated to

make any payment to the Defendant, PROSPEED TRADING, INC., a California corporation, by

virtue of the referral agreement, together with an award of Plaintiff's costs incurred in

connection with this action.

YASH TECHNOLOGIES, INC., Plaintiff

By: 

James S. Zmuda
For:    Califf & Harper, P.C.

James S. Zmuda
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:    (309) 764-8361
Facsimile:    (309) 764-8394

jsz.pldg.3085-3

3

## AGREEMENT

This Joint agreement executed on this 3rd day of February 2006 between Yash Technologies, Inc. hereinafter referred to as ("Yash "), an Illinois based corporation located at 605-17th Avenue, East Moline, IL-61244 USA. and Prospeed Trading, Inc., hereinafter referred to as ("Prospeed"), a California corporation having its office at 2424 Sage Leaf Circle, Corona, CA 92882 USA, WITNESSETH AS FOLLOWS WHEREAS Yash and Prospeed desire to transact business with each other and consider it desirable to record the terms and conditions on which they will do so; NOW THIS AGREEMENT WITNESSETH AS FOLLOWS

### 1. Scope of Work

Prospeed will work as an independent Company for facilitating YASH getting business development projects in the domain in which YASH has expertise and its expert services providers/ partner companies. Any other specific activity that is mutually agreed upon in writing.

### 2. Confidentiality Requirements

"Confidentiality Information" means any information (including the whole or any part of phrase of any scientific of technical information, designs, flowcharts, computer programmer code, business know-how, business information and data), ideas,concepts and drawings for products and services, business strategy, business plans, YASH markets, identified market needs, product and services strategies of Prospeed that are of value and secret in that they are not generally known to the public.

Confidential information can be disclosed by the client or Prospeed or their affiliate to YASH in document or other tangible form bearing an appropriate legend indicating it's confidential or proprietary nature.

Further, confidential information may be initially be disclosed orally or visually. If so, it shall be identified as confidential at the time of disclosure and a written summary thereof, also marked with a legend indicating it's confidential or proprietary nature, shall be provided to YASH within thirty (30) days of the initial disclosure.

Without prejudice to the foregoing it is agreed that it is not marked confidential but by nature thereof is obviously information of a confidential nature, will be deemed confidential information as per the terms of this Agreement and will be treated likewise.

### 3. Use of Confidential Information

YASH May use the confidential information of the client or Prospeed only for the purpose of this Agreement, and shall protect such confidential information from disclosure to others, using the same degree of care used to protect it's own proprietary information of like importance, but in any case no less than a reasonable degree of care.
YASH may disclose confidential information received only to its employees and Company who need to know for such purpose and who are bound by signed, written agreements to protect the received Confidential Agreement from unauthorized use and disclosure.

YASH may only disclose Confidential Information to third parties with prior written consent of Client and/or Prospeed.

### 4. Exceptions

The restrictions of this agreement on use and disclosure of Confidential Information shall not apply to information that :
a.was known at the time of it's disclosure to YASH under this agreement.
b.Is, or becomes publicly know, through no wrongful act of Prospeed
c.Is, received by YASH from a third party free to disclose it without obligation to the third party/Client.
d.Is independently developed by YASH without reference to Confidential Information.



**5.  Agreement not to Compete.** Both YASH and Prospeed agree that during the length of this agreement and for a period of 2 years after termination: Neither shall, except upon obtaining prior written consent, hire or offer to hire, accept employment from, form any partnership or joint venture with, act as a fellow shareholder in a corporation with, or otherwise directly or indirectly enter into any business venture with any other person who are employed by YASH or Prospeed or company that they are introduced to by the other.  Nor shall YASH or Prospeed begin or in anyway enter into a competing business with the other.  Prospeed cannot engage in services provided by Prospeed.

### 6.  Ownership of the Work Product

Prospeed will not own the product, services, drawings, source code or any other intellectual property. The ownership of the above forementioned and all documentation etc. agreed upon before commencement of the project will be handed over to the client under the terms and conditions agreed with the client, and will remain solely with YASH and the Client for whom YASH executed the project on behalf of Prospeed

### 7.  Legally Required Disclosure

In the event YASH is required by law, regulation or court order to disclose any of the Client/ Prospeed information, YASH will, if at all possible immediately notify the Client/Prospeed in writing prior to making any such disclosure in order to facilitate Client/Prospeed seeking a protective order or other appropriate remedy from the appropriate body.

### 8.  Termination of Agreement

This Agreement can be amended or in any manner modified or terminated only in a written agreement signed by both parties.

### 9.  Payment Method

YASH Agrees to pay Prospeed service charges as outlined in the Appendix.

### 10. Mode of Payment

The payment shall be made in favor of Prospeed in the form of Checks, Demand Draft, or Wire Transfers to a designated bank account. The payment shall be made monthly, and immediately upon receipt of payment from the Client.  YASH will invoice the Client directly and a copy of such invoice will be sent by YASH to Prospeed.

### 11. General

All obligations hereunder, including without limitation any and all obligations regarding the use and disclosure of Confidential Information, shall continue perpetually. This agreement can be amended or in any manner modified only in written agreement signed by both parties. Each party agrees that it will not, without prior consent of the other, disclose the existence and nature of this agreement and/or any negotiations of transactions related hereto.

This Agreement shall be governed by and construed in accordance with the laws of California, USA, wherein it is made and delivered.

For  YASH Technologies, Inc.                    For  Prospeed Trading, Inc.


_____                         _____
                                                 Asim Khawaja - CEO


_____                         _____
Date                                             Date

**APPENDIX**

Prospeed _____

Project Reference Number _____2006001_____

Prospect/Client Name ___Chemtura Corporation_____

| Description of Services | Service Charges |
|---|---|
| Any and all offshore services that are invoiced to Chemtura. | $5.00/ man hour |
| Any and all onsite invoiced services that are invoiced to Chemtura. | $5.00/ man hour |

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Bar number, and address):
CALIFF & HARPER
James S. Zmuda,
600 First Midwest Bank Building 506 - 15th Street, Moline, IL 61266

TELEPHONE NO.: (309) 764-8361    FAX NO.(Optional): (309) 764-8394
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff

**FOR COURT USE ONLY**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:, CA

BRANCH NAME:

| PLAINTIFF/PETITIONER: YASH TECHNOLOGIES, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PRO SPEED TRADING, INC. | 07 MR 285 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: Yash Technologies, Inc. |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Order

   AUG 2 0 2007

3. a. Party served *(specify name of party as shown on documents served):*
   PRO SPEED TRADING, INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   California Secretary of State (Marcia Sorensen), Agent

4. Address where the party was served: 1500 11TH STREET
   SACRAMENTO, CA 95814

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 08/07/2007  (2) at *(time):* 04:25 pm

   b. ☐ by substituted service. On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1. 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS-010/P143730

Case 3:07-cv-01140-PCD   Document 10   Filed 08/27/2007   Page 18 of 29

| | |
|---|---|
| PLAINTIFF/PETITIONER: **YASH TECHNOLOGIES, INC.** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **PRO SPEED TRADING, INC.** | **07 MR 285** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*         (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ on behalf of *(specify):* **Pro Speed Trading, Inc.**
     under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                        ☐ other:

7. **Person who served papers**
  a. Name: **Johnny Adams**
  b. Address: **55 Santa Clara Avenue, Suite 120  Oakland, CA 94610**
  c. Telephone number: **(510) 419-3940**
  d. The fee for service was: **$ 140.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner        ☐ employee     ☒ independent contractor.
      (ii) Registration No.: **0612**
      (iii) County: **Sacramento**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **08/15/2007**

**INTERCEPTOR Legal Support Service, Inc.**
**55 Santa Clara Avenue, Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

        **Johnny Adams**                 ▶
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

# CIRCUIT COURT OF THE ___14TH___ JUDICIAL CIRCUIT
## ___ROCK ISLAND___ COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an
Illinois corporation,

     Plaintiff,

        v.

PRO SPEED TRADING, INC., a
California corporation,

     Defendant

No._____07 MR 285_____

SERVE:
PRO SPEED TRADING INCORPORATION a/k/a
PRO SPEED TRADING, INC. by serving
the California Secretary of State
1500 11th Street
Sacramento, California 95814

## SUMMONS

**To each defendant:**

   YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

   This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

| Plaintiff's Attorney (or plaintiff if he is not represented by attorney) | WITNESS, ___July 20___, 20_07_ |
|---|---|
| James S. Zmuda | |
| Califf & Harper, P.C. | _Lisa L. Bierman_ |
| Address _506 15th Street, Suite 600_ | (Clerk of Court) |
| City _Moline, Illinois 61265_ | (Seal of Court) |
| | Location of Clerk's Office |
| Telephone _309-764-8361_ | Date of Service:_____, 20_____ |
| | (To be inserted by officer on copy left with defendant or other person) |

SUMMONS – GENERAL 3/00



**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

### RECORD OF SERVICE OF PROCESS

INTERCEPTOR LEGAL
55 SANTA CLARA AVE., #120
OAKLAND, CA 94610

RE:   YASH TECHNOLOGIES, INC. v. PROSPEED TRADING, INC., State of Illinois,
      Circuit Court Of The Fourteenth Judicial Circuit, Rock Island County, Case No.
      07 MR 285

Service forwarded to Defendant:

> PRO SPEED TRADING INCORPORATION
> (official name of record)
> 2424 SAFE LEAF CIR
> CORONA CA 92882

Date Forwarded:   August 9, 2007

Process Server:   J. Adams

Date Served:   August 7, 2007          Time:   4:31 pm

Deputy Secretary of State Served:   Marcia Sorensen

Documents Served:   one copy of the Court Order, Summons, and Complaint.

FEES:

| | | |
|---|---|---|
| Receipt of Process Against Defendant: | $ | 50.00 |
| Total Charges: | $ | 50.00 |
| Amount Received: | $ | 50.00 |
| Refund: | $ | 0.00 |

Prepared by:   Jana Castro

Date:   August 9, 2007

# CIRCUIT COURT OF THE ___14TH___ JUDICIAL CIRCUIT

___ROCK ISLAND___ COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an
Illinois corporation,

    Plaintiff,

        v.

PRO SPEED TRADING, INC., a
California corporation,

    Defendant

No. Q7 MR 285

SERVE:
PRO SPEED TRADING INCORPORATION a/k/a
PRO SPEED TRADING, INC. by serving
the California Secretary of State
1500 11th Street
Sacramento, California 95814

## SUMMONS

**To each defendant:**

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

    This summons must be returned by the officer, or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _July 20_, 20_07_

_Lisa L. Bierman_
(Clerk of Court)

Plaintiff's Attorney (or plaintiff if he
is not represented by attorney)

James S. Zmuda
Califf & Harper, P.C.
Address 506 15th Street, Suite 600
City Moline, Illinois 61265

Telephone 309-764-8361

(Seal of Court)
Location of Clerk's Office

Date of Service: _____, 20_____
(To be inserted by officer on copy left with defendant or other person)

SUMMONS – GENERAL 3/00

N THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an Illinois        )
corporation,                                )
                                            )
            Plaintiff,                      )
                                            )
      vs.                                   )      Case No. 07 MR 285
                                            )
PROSPEED TRADING, INC., a California        )      FILED in the CIRCUIT COURT
corporation,·                               )      of ROCK ISLAND COUNTY
                                            )      GENERAL DIVISION
            Defendant.                      )      JUN 2 9 2007

                                                   *Lisa of Bierstne*
                                                   Clerk of the Circuit Court

                          ORDER

     This cause having come before the Court upon the Motion For Service Upon the

Secretary of State of California filed by the Plaintiff, the Court having reviewed the Court

file and being fully advised in the premises, HEREBY FINDS that the Plaintiff's Motion

For Service Upon Secretary of State of California should be and the same hereby is

granted.

     The Court HEREBY ORDERS as follows:  The Plaintiff, YASH

TECHNOLOGIES, INC., is hereby authorized to effectuate service upon the Defendant

in this case, PROSPEED TRADING, INC., by serving the Secretary of State of

California, or any person employed by the Secretary of State's office in the capacity of

assistant or deputy, and the Plaintiff shall further serve a copy of the Summons and

Complaint by United States Mail to the last know mailing address of the Defendant.

          ENTERED:___6/29/07___

                                            _____

jsz.pldg.3260

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an Illinois )
corporation, )
)
    Plaintiff, )
)
    vs. )    Case No. 07 MR 285
)
PROSPEED TRADING, INC., a California )
corporation, )
)
    Defendant. )

FILED in the CIRCUIT COURT
of ROCK ISLAND COUNTY
GENERAL DIVISION

JUN 2 9 2007

MOTION FOR SERVICE UPON SECRETARY OF STATE OF CALIFORNIA

NOW COMES the Plaintiff, YASH TECHNOLOGIES, INC. ("Yash"), by and through

its attorneys, Califf & Harper, P.C., and for its Motion For Service Upon Secretary of State of

California, states as follows:

    1.    The Defendant in this case, PROSPEED TRADING, INC., is a California

corporation.

    2.    The registered agent for the Defendant is a resident of California, upon

information and belief.

    3.    Yash has retained a licensed process server in the State of California to effectuate

service on the Defendant, to no avail.

    4.    Attached is an Affidavit of the licensed process server in California concerning

lack of service on the Defendant.

    5.    Illinois law allows service of process on a foreign corporation not authorized to

transact business in Illinois by serving the Illinois Secretary of State. 805 ILCS 5/5.30.

6.   Yash nonetheless believes service of process on the Secretary of State of

California will be more likely to lead to actual notice to the Defendant in this case.

WHEREFORE, based upon the foregoing, the Plaintiff, YASH TECHNOLOGIES, INC.,

respectfully requests this Court enter an order allowing Yash to effectuate service of process in

this case by effectuating service of process upon the Secretary of State of California.

YASH TECHNOLOGIES, INC., Plaintiff

By:
James S. Zmuda
For:   Califf & Harper, P.C.

James S. Zmuda
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:   (309) 764-8361
Facsimile:   (309) 764-8394

jsz.pldg.3259

2

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | | |
|---|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation, | ) ) | |
| Plaintiff, | ) ) | **FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY GENERAL DIVISION** |
| vs. | ) ) | Case No. 07 MR 285    **JUL 1 6 2007** |
| PROSPEED TRADING, INC., a California corporation, | ) ) ) | *Lisa L. Burma* Clerk of the Circuit Court |
| Defendant. | ) | |

AFFIDAVIT

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) | SS. |
| COUNTY OF RIVERSIDE | ) | |

I, the undersigned, Phil Becker, being first duly sworn on oath, depose and state as follows:

1.    I am a duly licensed process server in the State of California and I do business as Caveman Process Serving. 7356 High Knoll Circle, Corona, California 92881.

2.    On or about May 16, 2007 I received by Federal Express delivery from James S. Zmuda, Attorney for the Plaintiff, the Summons and Complaint for service in this case.

3.    On or about May 25, 2007 Attorney Zmuda requested that I proceed to serve the Summons and Complaint upon the Defendant, Prospeed Trading, Inc., a California corporation ("Prospeed"), by serving its registered agent, identified on the Summons as Asim Khawaja, 2424 Safe Leaf Circle, Corona, California 92882 or at 2424 Sage Leaf Circle, Corona, California 92882.

4.    I am familiar with Corona, California and affirmatively state that to the best of my knowledge and investigative efforts, there is not a street identified as "Safe Leaf," but there is a street known as "Sage Leaf" located in Corona, California.

5.    Shawn O'Malley, a process server employed by me made several attempts to serve Asim Khawaja, registered agent for Prospeed Trading, Inc., at 2424 Sage Leaf Circle, Corona California. Specifically, attempts to serve the documents were made on 5/27/07 9 pm, 5/29/07 3 pm, 6/2/07 11 Am. During said attempts, no one answered the door at 2424 Sage Leaf Circle, Corona California and it appeared that no one was home as newspapers were piling up in the driveway of the large residence located at that address. Finally, on June 11th 2007 8 pm a girl who appeared to be approximately 18 years of age answered the door and informed the process server that Asim Khawaja no longer resides at 2424 Sage Leaf Circle, Corona, California.

6.    On June 13th 7 pm, 2007, I, Phil Becker, personally attempted to serve the documents upon Asim Khawaja at 2424 Sage Leaf Circle, Corona, California. A woman who answered the door at that address informed me that Asim Khawaja moved from that address in approximately January, 2007.

7.    I personally observed the structure at 2424 Sage Leaf Circle, Corona, California, and can personally state that there is not any sign or other identification to indicate that Prospeed Trading does business at that address. Instead, the structure at said address is a large and seemingly expensive residence.

8.    After these diligent efforts to serve the Summons and Complaint upon the registered agent for Prospeed Trading I have returned the Summons and Complaint with my

2

affidavit that the corporation cannot be served with reasonable diligence upon the designated

agent at 2424 Sage Leaf Circle, Corona, California.

9.    If called to testify, I would testify in accordance with this Affidavit.

Further affiant sayeth not.

Dated this 5th day of July, 2007.

Phil Becker

CAVEMAN PROCESS SERVING
7356 High Knoll Circle
Corona, California 92881

Subscribed and sworn to before me this 6th day of July, 2007.

NOTARY PUBLIC

VICKI SIEVERS
Commission # 1603704
Notary Public - California
Riverside County
My Comm. Expires Jul 26, 2008

jsr.pldg.3254

3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>James S. Zmuda/Califf & Harper, P.C.<br>506 15th Street, Ste. 600<br>Moline, Illinois 61265<br>ATTORNEY FOR (Name): Plaintiff | Telephone No.:<br>(309)764-8361 | FOR COURT USE ONLY |
|---|---|---|
| Ciruit Court Of The 14th Judicial Circuit, Rock Island County, Illinois<br>Street Address:<br>Mailing Address:<br>City and Zip Code:<br>Branch Name: | | |
| IN THE MATTER OF:<br>    Yash Technologies, Inc.  v.  Pro Speed Trading | | |
| **DECLARATION OF DILIGENT SEARCH** | CASE NUMBER<br>07 MR 285 | |

I have made the following attempts to locate _____ Asim Khawaja-Agent for Service _____ . To date my efforts have been unsuccessful. (Attach additional pages as required.)  (2424 Sage Leaf Cir. Corona, Ca. 92882)

1. During the month of May and June 2007 I and my process server many several attempts to locate the agent for service, Asim Khawaja, of Pro Speed Trading, Inc.
    We only had an the above address to try and our attempts and contact with the occupants had us to believe that Mr. Khawaja had moved out several month prior and the new owner of this address is Mrs. Kireshi. She claims she bought the house in January of 2007.

I declare under penalty of perjury, the foregoing is true and correct.

Dated: 6/15/07

Phil Becker/Caveman Process Serving
1240 E. Ontario Ave, D-2, PMB #125
Corona, CA  92881
(909) 279-9993

_____
Signature

**DECLARATION OF DILIGENT SEARCH**

FORM 774 (1/70)

**CIRCUIT COURT OF THE** _____14TH_____ **JUDICIAL CIRCUIT**
_ROCK ISLAND_ **COUNTY, ILLINOIS**

YASH TECHNOLOGIES, INC., an
Illinois corporation,

                      Plaintiff,

        v.

PRO SPEED TRADING, INC., a
California corporation,

                  Defendant

No. _07 MR 285_

SERVE:

PRO SPEED TRADING, INC. by serving
ASIM KHAWAJA, Registered Agent
2424 Safe Leaf Cir
Corona, CA 92882

**SUMMONS**

**To each defendant:**

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _May 15_ , 20 _07_

                                        _(Clerk of Court)_

Plaintiff's Attorney (or plaintiff if he
is not represented by attorney)

                               _(Seal of Court)_

_James S. Zmuda_
CALIFF & HARPER, P.C.
Address_506 - 15 Street, Suite 600_  Location of Clerk's Office

City_ Moline, Illinois 61265_

Telephone_ (309) 764-8361_  Date of Service:_____, 20_____
                                 (To be inserted by officer on copy left with defendant or other person)

**SUMMONS – GENERAL** 3/00

**E-FILED**
Wednesday, 12 September, 2007   04:1;1:04 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | | |
|---|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | **FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY GENERAL DIVISION** |
| vs. | ) ) | Case No. 07 MR 285 |
| PROSPEED TRADING, INC., a California corporation, | ) ) ) | **SEP 1 0 2007** |
| Defendant. | ) ) ) | *Chad Dunn* **Clerk of the Circuit Court** |

### NOTICE OF ENTRY OF DECLARATORY JUDGMENT (BY DEFAULT)

TO:    PROSPEED TRADING, INC., a California corporation
a/k/a PRO SPEED TRADING INCORPORATION
2424 Safe Leaf Circle
Corona, California 92882

and

PROSPEED TRADING, INC., a California corporation
a/k/a PRO SPEED TRADING INCORPORATION
2424 Sage Leaf Circle
Corona, California 92882

YOU ARE HEREBY NOTIFIED, pursuant to 735 ILCS 5/2-1302, that based on your

failure to file and serve a responsive pleading to the Plaintiff's Complaint, the Honorable Alan

Blackwood, Judge of the Circuit Court of the Fourteenth Judicial Circuit, Rock Island, Illinois,

entered a Declaratory Judgment (By Default) against you on September 7, 2007, a copy of which

is attached and herewith served upon you.

Dated this 10th day of September, 2007.

YASH TECHNOLOGIES, INC., Plaintiff

By:_____
James S. Zmuda
For:    Califf & Harper, P.C.

James S. Zmuda
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:    (309) 764-8361
Facsimile:    (309) 764-8394

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a copy of the foregoing instrument was served upon the following parties and entities by United States Mail, postage prepaid, mailed at Moline, Illinois on the 10th day of September, 2007 to:

PROSPEED TRADING, INC., a California corporation
a/k/a PRO SPEED TRADING INCORPORATION
2424 Safe Leaf Circle (Registered Address)
Corona, California  92882

PROSPEED TRADING, INC., a California corporation
a/k/a PRO SPEED TRADING INCORPORATION
2424 Sage Leaf Circle
Corona, California  92882

SECRETARY OF STATE
STATE OF CALIFORNIA
ATTN: BUSINESS PROGRAMS/BUSINESS ENTITIES
1500 11TH STREET, THIRD FLOOR
Sacramento, California  95814.

jsz.pldg.3394

2

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

**FILED in the CIRCUIT COURT
of ROCK ISLAND COUNTY
GENERAL DIVISION**

YASH TECHNOLOGIES, INC., an Illinois                    )
corporation,                                            )
                                                        )                SEP - 7 2007
     Plaintiff,                                        )
                                                        )              *Toad Dumm*
                                                        )          **Clerk of the Circuit Court**
     vs.                                               )   Case No. 07 MR 285
                                                        )
PROSPEED TRADING, INC., a California                    )
corporation,                                            )
                                                        )
     Defendant.                                        )

## DECLARATORY JUDGMENT (BY DEFAULT)

This cause having come before the Court upon the oral motion for default judgment of

the Plaintiff, YASH TECHNOLOGIES, INC., an Illinois corporation ("YASH"), by and through

its attorneys, Califf & Harper, P.C., regarding its Complaint for Declaratory Judgment against

the Defendant, PROSPEED TRADING, INC., a California corporation ("PROSPEED"); the

Court having reviewed the Court file and being fully advised in the premises, FINDS the

Defendant, PROSPEED, is in default and a default judgment should enter; and hereby makes the

following findings of fact and conclusions of law:

### PARTIES

1.     YASH is an Illinois corporation with a place of business located in Rock Island

County, Illinois.

2.     PROSPEED is a California corporation with an office in Corona, California.

3.     While not a party to this action, a party with knowledge concerning the subject

matter of this declaratory judgment action is Sush Tripathi of IT Source ("SOURCE").

4.     At some time prior to February 3, 2006, SOURCE informed a representative of Yash Technologies Private Limited, a corporation organized and existing under the laws of India ("YASH India"), not YASH, that Source or PROSPEED was assisting an end client named "Chemtura" in finding an information technology ("IT") company to which Chemtura could outsource work.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

5.     SOURCE contacted many potential companies to perform IT services offshore for Chemtura through PROSPEED or directly to Chemtura.

6.     SOURCE caused to be sent to the potential IT companies referral fee agreements in the name of PROSPEED.

7.     A referral agreement in the name of YASH was received by a representative of Yash India and was signed by such representative, purportedly on behalf of YASH, not YASH India. A copy of such referral agreement (unsigned) is attached as Exhibit A to YASH's Complaint.

8.     The YASH India representative is not an employee, officer, director, owner or otherwise an authorized agent of YASH.

9.     The YASH India representative had neither express nor implied authority to sign the referral agreement on behalf of or otherwise to bind YASH.

10.    The YASH India representative had no apparent or other authority to sign the referral agreement on behalf of or otherwise to bind YASH.

11.    On or about March 21, 2007 YASH first received a copy of the referral agreement.

2

12.    A dispute has arisen between YASH and PROSPEED as to whether referral fees are owing to PROSPEED by virtue of the referral agreement and litigation has been threatened against YASH by PROSPEED and the Court is informed and takes judicial notice of the fact SOURCE has sued YASH in the United States District Court for Connecticut.

## DECLARATION OF RIGHTS

13.    The Court hereby finds and declares that YASH is not legally obligated to make any payments to PROSPEED by virtue of the referral agreement as the referral agreement was not authorized by YASH and is not legally binding upon YASH.

IT IS SO ORDERED.

Entered: September 7, 2007.

Judge of the Fourteenth Judicial Circuit

jsz.pldg.3373

3

# CIRCUIT COURT OF THE 14TH JUDICIAL CIRCUIT
## ROCK ISLAND COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an
Illinois corporation,

    Plaintiff,

          v.

PRO SPEED TRADING, INC., a
California corporation,

    Defendant

No. 07 MR 285

SERVE:
 PRO SPEED TRADING INCORPORATION a/k/a
PRO SPEED TRADING, INC. by serving
the California Secretary of State
1500 11th Street
Sacramento, California 95814

## SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _July 20_, 20_07_

_Lisa L. Bierman_

(Clerk of Court)

Plaintiff's Attorney (or plaintiff if he
is not represented by attorney)

James S. Zmuda

Califf & Harper, P.C.
Address 506 15th Street, Suite 600
City Moline, Illinois 61265

Telephone 309-764-8361

(Seal of Court)

Location of Clerk's Office

Date of Service:_____, 20___
(To be inserted by officer on copy left with defendant or other person)

**SUMMONS – GENERAL** 3/00

## SHERIFF'S FEES

Service and return.......................$_____

Miles.....................................$_____

Total.....................................$_____

_____

Sheriff of_____County

I certify that I served this summons on defendants as follows:
(Check appropriate box, and complete information below)

☐ (a) – (Individual defendants-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally.

☐ (b) – (Individual defendants – abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☐ (c) – (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant Corporation.

☐ (d) – (Other service):

| Name of Defendant_____ | Name of Defendant_____ |
|---|---|
| Name of Person Summons given to_____ | Name of Person Summons given to_____ |
| Sex_____Race_____Approx. Age_____ | Sex_____Race_____Approx. Age_____ |
| Place of Service_____ | Place of Service_____ |
| Date of Service_____Time_____ | Date of Service_____Time_____ |
| Date of Mailing_____ | Date of Mailing_____ |

Sheriff of_____County

By_____Deputy

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*:<br>**CALIFF & HARPER**<br>James S. Zmuda,<br>600 First Midwest Bank Building 506 - 15th Street Moline, IL 61266<br><br>TELEPHONE NO.:(309) 764-8361    FAX NO.*(Optional)*: (309) 764-8394<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Plaintiff** | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br><br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:, **CA**<br>BRANCH NAME: | |

| PLAINTIFF/PETITIONER:  **YASH TECHNOLOGIES, INC.** | CASE NUMBER:<br>**07 MR 285** |
|---|---|
| DEFENDANT/RESPONDENT:  **PRO SPEED TRADING, INC.** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**Yash Technologies, Inc.** |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:  **Order**

3. a. Party served *(specify name of party as shown on documents served)*:
   **PRO SPEED TRADING, INC.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **California Secretary of State (Marcia Sorensen), Agent**

4. Address where the party was served: **1500 11TH STREET**
   **SACRAMENTO, CA 95814**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/07/2007**    (2) at *(time)*: **04:25 pm**

   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:    **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

FILED in the CIRCUIT COURT
of ROCK ISLAND COUNTY
GENERAL DIVISION

AUG 2 0 2007

Rock Island Circuit Court

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS-010/P143730 |
|---|---|---|

| PLAINTIFF/PETITIONER: **YASH TECHNOLOGIES, INC.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **PRO SPEED TRADING, INC.** | 07 MR 285 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                 (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ on behalf of *(specify):* **Pro Speed Trading, Inc.**
     under the following Code of Civil Procedure section:

        ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
  a. Name: **Johnny Adams**
  b. Address: **55 Santa Clara Avenue, Suite 120  Oakland, CA 94610**
  c. Telephone number: **(510) 419-3940**
  d. **The fee** for service was: **$ 140.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
       (i) ☐ owner      ☐ employee    ☒ independent contractor.
       (ii) Registration No.: **0612**
       (iii) County: **Sacramento**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **08/15/2007**

**INTERCEPTOR Legal Support Service, Inc.**
**55 Santa Clara Avenue, Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

         **Johnny Adams**                  ▶
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)



**DEBRA BOWEN** | SECRETARY OF STATE  | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

INTERCEPTOR LEGAL
55 SANTA CLARA AVE., #120
OAKLAND, CA 94610

RE:   YASH TECHNOLOGIES, INC. v. PROSPEED TRADING, INC., State of Illinois,
Circuit Court Of The Fourteenth Judicial Circuit, Rock Island County, Case No.
07 MR 285

Service forwarded to Defendant:

PRO SPEED TRADING INCORPORATION
(official name of record)
2424 SAFE LEAF CIR
CORONA CA 92882

Date Forwarded:   August 9, 2007

Process Server:   J. Adams

Date Served:   August 7, 2007        Time:   4:31 pm

Deputy Secretary of State Served:   Marcia Sorensen

Documents Served:   one copy of the Court Order, Summons, and Complaint.

FEES:                          Receipt of Process Against Defendant:      $    50.00
                               Total Charges:                             $    50.00
                               Amount Received:                           $    50.00
                               Refund:                                    $     0.00

Prepared by: _____
                        Jana Castro
                        Date:   August 9, 2007

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

FILED in the CIRCUIT COURT
of ROCK ISLAND COUNTY
GENERAL DIVISION

JUL 1 6 2007

~Clerk of the Circuit Court~

| | |
|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 07 MR 285 |
| PROSPEED TRADING, INC., a California corporation, ) ) ) | |
| Defendant. ) | |

## AFFIDAVIT

STATE OF CALIFORNIA    )
                                        )  SS.
COUNTY OF RIVERSIDE  )

I, the undersigned, Phil Becker, being first duly sworn on oath, depose and state as follows:

1.      I am a duly licensed process server in the State of California and I do business as Caveman Process Serving. 7356 High Knoll Circle, Corona, California 92881.

2.      On or about May 16, 2007 I received by Federal Express delivery from James S. Zmuda, Attorney for the Plaintiff, the Summons and Complaint for service in this case.

3.      On or about May 25, 2007 Attorney Zmuda requested that I proceed to serve the Summons and Complaint upon the Defendant, Prospeed Trading, Inc., a California corporation ("Prospeed"), by serving its registered agent, identified on the Summons as Asim Khawaja, 2424 Safe Leaf Circle, Corona, California 92882 or at 2424 Sage Leaf Circle, Corona, California 92882.

4.     I am familiar with Corona, California and affirmatively state that to the best of my knowledge and investigative efforts, there is not a street identified as "Safe Leaf," but there is a street known as "Sage Leaf" located in Corona, California.

5.     Shawn O'Malley ____, a process server employed by me made several attempts to serve Asim Khawaja, registered agent for Prospeed Trading, Inc., at 2424 Sage Leaf Circle, Corona California. Specifically, attempts to serve the documents were made on 5/27/07 9ᵖᵐ, 5/29/07 3ᴬᵐ, 6/2/07 11 ᴬᵐ. During said attempts, no one answered the door at 2424 Sage Leaf Circle, Corona California and it appeared that no one was home as newspapers were piling up in the driveway of the large residence located at that address. Finally, on June 11ᵗʰ 2007 8 ᵖᵐ a girl who appeared to be approximately 18 years of age answered the door and informed the process server that Asim Khawaja no longer resides at 2424 Sage Leaf Circle, Corona, California.

6.     On June 13ᵗʰ 7 ᵖᵐ, 2007, I, Phil Becker, personally attempted to serve the documents upon Asim Khawaja at 2424 Sage Leaf Circle, Corona, California. A woman who answered the door at that address informed me that Asim Khawaja moved from that address in approximately January, 2007.

7.     I personally observed the structure at 2424 Sage Leaf Circle, Corona, California, and can personally state that there is not any sign or other identification to indicate that Prospeed Trading does business at that address. Instead, the structure at said address is a large and seemingly expensive residence.

8.     After these diligent efforts to serve the Summons and Complaint upon the registered agent for Prospeed Trading I have returned the Summons and Complaint with my

2

affidavit that the corporation cannot be served with reasonable diligence upon the designated

agent at 2424 Sage Leaf Circle, Corona, California.

9.  If called to testify, I would testify in accordance with this Affidavit.

Further affiant sayeth not.

Dated this 5th day of July, 2007.

_____
Phil Becker

CAVEMAN PROCESS SERVING
7356 High Knoll Circle
Corona, California  92881

Subscribed and sworn to before me this 6th day of July, 2007.

_____
NOTARY PUBLIC

VICKI SIEVERS
Commission # 1503704
Notary Public - California
Riverside County
My Comm. Expires Jul 26, 2008

jsz.pldg.3251

3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>James S. Zmuda/Califf & Harper, P.C.<br>506  15th Street, Ste. 600<br>Moline, Illinois 61265<br>ATTORNEY FOR (Name): Plaintiff | Telephone No.:<br>(309)764-8361 | FOR COURT USE ONLY |
|---|---|---|
| Ciruit Court Of The 14th Judicial Circuit, Rock Island County, Illinois<br>Street Address:<br>Mailing Address:<br>City and Zip Code:<br>Branch Name: | | |
| **IN THE MATTER OF:**<br>    Yash Technologies, Inc.  v.  Pro Speed Trading | | |
| **DECLARATION OF DILIGENT SEARCH** | CASE NUMBER<br>07 MR 285 | |

I have made the following attempts to locate _____ Asim Khawaja-Agent for Service _____ . To date my efforts have been unsuccessful.  (Attach additional pages as required.)  (2424 Sage Leaf Cir. Corona, Ca. 92882)

1. During the month of May and June 2007 I and my process server many several attempts to locate
   the agent for service, Asim Khawaja, of Pro Speed Trading, Inc.
   We only had an the above address to try and our attempts and contact with the occupants
   had us to believe that Mr. Khawaja had moved out several month prior and the new owner of
   this address is Mrs. Kireshi. She claims she bought the house in January of 2007.

I declare under penalty of perjury, the foregoing is true and correct.

Dated: 6/15/07

Phil Becker/Caveman Process Serving
1240 E. Ontario Ave, D-2, PMB #125
Corona, CA  92881
(909) 279-9993

_____
Signature

**DECLARATION OF DILIGENT SEARCH**

FORM 776 (9/90)

N THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an Illinois )
corporation, )
          )
     Plaintiff, )
          )
     vs. )   Case No. 07 MR 285
          )
PROSPEED TRADING, INC., a California )
corporation, )
          )
     Defendant. )

*FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY GENERAL DIVISION*

*JUN 2 9 2007*

*Clerk of this Circuit Court*

## ORDER

This cause having come before the Court upon the Motion For Service Upon Court

Secretary of State of California filed by the Plaintiff, the Court having reviewed the Court

file and being fully advised in the premises, HEREBY FINDS that the Plaintiff's Motion

For Service Upon Secretary of State of California should be and the same hereby is

granted.

The Court HEREBY ORDERS as follows: The Plaintiff, YASH

TECHNOLOGIES, INC., is hereby authorized to effectuate service upon the Defendant

in this case, PROSPEED TRADING, INC., by serving the Secretary of State of

California, or any person employed by the Secretary of State's office in the capacity of

assistant or deputy, and the Plaintiff shall further serve a copy of the Summons and

Complaint by United States Mail to the last know mailing address of the Defendant.

ENTERED: 6/29/07

jsz.pldg.3260

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an Illinois )
corporation, )
 )
    Plaintiff, )
 )
vs. )    Case No. 07 MR 285
 )
PROSPEED TRADING, INC., a California )
corporation, )
 )
    Defendant. )

<u>MOTION FOR SERVICE UPON SECRETARY OF STATE OF CALIFORNIA</u>

NOW COMES the Plaintiff, YASH TECHNOLOGIES, INC. ("Yash"), by and through

its attorneys, Califf & Harper, P.C., and for its Motion For Service Upon Secretary of State of

California, states as follows:

1.    The Defendant in this case, PROSPEED TRADING, INC., is a California

corporation.

2.    The registered agent for the Defendant is a resident of California, upon

information and belief.

3.    Yash has retained a licensed process server in the State of California to effectuate

service on the Defendant, to no avail.

4.    Attached is an Affidavit of the licensed process server in California concerning

lack of service on the Defendant.

5.    Illinois law allows service of process on a foreign corporation not authorized to

transact business in Illinois by serving the Illinois Secretary of State.  805 ILCS 5/5.30.

6.     Yash nonetheless believes service of process on the Secretary of State of

California will be more likely to lead to actual notice to the Defendant in this case.

WHEREFORE, based upon the foregoing, the Plaintiff, YASH TECHNOLOGIES, INC.,

respectfully requests this Court enter an order allowing Yash to effectuate service of process in

this case by effectuating service of process upon the Secretary of State of California.

YASH TECHNOLOGIES, INC., Plaintiff

By: _____
        James S. Zmuda
    For:    Califf & Harper, P.C.

James S. Zmuda
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:    (309) 764-8361
Facsimile:    (309) 764-8394

jsz.pldg.3259

2

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

YASH TECHNOLOGIES, INC., an Illinois )
corporation, )
                         )
      Plaintiff, )
                         )
      vs. )    Case No. **07MR285**
                         )
PROSPEED TRADING, INC., a California )
corporation, )
                         )
      Defendant. )

## COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES the Plaintiff, YASH TECHNOLOGIES, INC., an Illinois corporation

("YASH"), by and through its attorneys, Califf & Harper, P.C., pursuant to 735 ILCS 5/2-701,

and for its Complaint for Declaratory Judgment against the Defendant, PROSPEED TRADING,

INC., a California corporation ("PROSPEED"), states as follows:

### PARTIES

1.      YASH is an Illinois corporation with a place of business located in Rock Island

County, Illinois.

2.      PROSPEED is a California corporation with an office in Corona, California.

3.      While not a party to this action, a party with knowledge concerning the subject

matter of this declaratory judgment action is Sush Tripathi of IT Source ("Source").

4.      At some time prior to February 3, 2006, upon information and belief, Source

informed a representative of Yash Technologies Private Limited, a corporation organized and

existing under the laws of India ("YASH India"), not YASH, that Source or PROSPEED was

assisting an end client named "Chemtura" in finding an information technology ("IT") company to which Chemtura could outsource work.

## FACTS

5.    Upon information and belief SOURCE contacted many potential companies to perform IT services offshore for Chemtura through PROSPEED or directly to Chemtura.

6.    Upon information and belief SOURCE caused to be sent to the potential IT companies referral fee agreements in the name of PROSPEED.

7.    A referral agreement in the name of YASH was received by a representative of Yash India and was signed by such representative, purportedly on behalf of YASH, not YASH India. A copy of such agreement (unsigned) is attached as Exhibit A and incorporated by this reference.

8.    The YASH India representative is not an employee, officer, director, owner or otherwise an authorized agent of YASH.

9.    The YASH India representative had neither express nor implied authority to sign the referral agreement on behalf of or otherwise to bind YASH.

10.    The YASH India representative had no apparent or other authority to sign the referral agreement on behalf of or otherwise to bind YASH.

11.    On or about March 21, 2007 YASH first received a copy of the referral agreement.

12.    A dispute has arisen between YASH and PROSPEED as to whether referral fees are owing to PROSPEED by virtue of the referral agreement and litigation has been threatened against YASH.

2

## DECLARATION OF RIGHTS REQUESTED

13.    YASH therefore seeks a declaration of this Court that YASH is not legally obligated to make any payments to PROSPEED by virtue of the referral agreement.

WHEREFORE, the Plaintiff, YASH TECHNOLOGIES, INC., an Illinois corporation, prays for a declaratory judgment finding and ordering that the Plaintiff is not legally obligated to make any payment to the Defendant, PROSPEED TRADING, INC., a California corporation, by virtue of the referral agreement, together with an award of Plaintiff's costs incurred in connection with this action.

YASH TECHNOLOGIES, INC., Plaintiff

By: _____

James S. Zmuda

For:    Califf & Harper, P.C.


James S. Zmuda
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:    (309) 764-8361
Facsimile:    (309) 764-8394

jsz.pldg.3085-3

3