E-FILED
Thursday, 13 September, 2007 02:02:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> PROSPEED TRADING, INC., a California corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  NO. 07-4054 |

## CERTIFICATE

Philip E. Koenig states under penalty of perjury that he mailed a copy of the Notice of Removal and attachments to James Zmuda at Califf & Harper, P.C., 506 15th Street, Moline, IL 61265 on September 12, 2007 by first class postage prepaid from Rock Island, Illinois.

Philip E. Koenig

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _9/12/07_ 20___.
By: ☑ U.S. Mail  ☑ FAX
☐ Hand Delivered  ☐ Overnight Courier
☐ Certified Mail  ☑ Other:
Signature _____