**E-FILED**
Tuesday, 23 October, 2007  04:38:51 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **YASH TECHNOLOGIES, INC.,** | ) | |
| **an Illinois corporation** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO.    07-4054** |
| **v.** | ) | |
| | ) | |
| **PROSPEED TRADING, INC.,** | ) | |
| **a California corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a Response to Motion to Remand was served either electronically through the Court's electronic mailing system pursuant to the notice generated by the Court, or if not sent electronically, then by either hand-delivering or depositing a printed copy into a United States Post Office depository Rock Island, Illinois, on the 23rd day of October, 2007.

/s/ PHILIP E. KOENIG

Philip E. Koenig
KONECKY, KOENIG, KUTSUNIS AND WENG
Attorneys at Law
1515 - 4th Avenue; Suite 301
Rock Island, IL   61201
(309) 786-3313