E-FILED
Thursday, 25 October, 2007 02:34:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PROSPEED TRADING, INC., a California corporation, <br><br> Defendant. | Case No. 4:07-cv-4054 |

### UNRESISTED MOTION FOR LEAVE TO FILE REPLY TO RESPONSE TO MOTION TO REMAND

The Plaintiff, YASH TECHNOLOGIES, INC. ("Yash"), an Illinois corporation, by and through its attorneys, Califf & Harper, P.C., pursuant to Fed. R. Civ. Proc. 7 and CDIL LR 7.1, respectfully moves this Court for leave to file a Reply to the Defendant's Response to Motion to Remand, and in support of this Motion, states:

1. On September 19, 2007 Yash filed a Motion to Remand this action to the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, pursuant to 28 U.S.C. § 1447, 28 U.S.C. § 1332 and CDIL-LR 7.1.

2. Pursuant to CDIL-LR 7.1 a response to such Motion to Remand was permitted to be filed within fourteen (14) days.

3. On October 23, 2007 the Defendant, PROSPEED TRADING, INC., a California corporation ("Prospeed") filed an untimely Response to the Motion to Remand. Counsel for Prospeed first contacted counsel for Yash who stated he would not object to the untimely filing.

4. Pursuant to CDIL-LR 7.1(B) no reply to the response is allowed as a matter of right.

5. In the interests of justice and in order to fully apprise this Court of Yash's position, Yash respectfully requests leave of this Court to file a Reply to Prospeed's Response to the Motion to Remand, which Reply will be narrowly tailored to address the matters raised in Prospeed's Response to the Motion to Remand.

6. Counsel for Prospeed has been contacted and has stated that Prospeed does not resist Yash's request for leave to file a Reply to Prospeed's Response to the Motion to Remand.

WHEREFORE, based on the foregoing, the Plaintiff, YASH TECHNOLOGIES, INC., respectfully moves this Court for leave to file a Reply to the Defendant's Response to Motion to Remand on or before October 30, 2007.

YASH TECHNOLOGIES, INC., Plaintiff

/s/ James S. Zmuda

James S. Zmuda IL Bar #6202119
Attorney for Plaintiffs
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:   (309) 764-8300
Facsimile:    (309) 764-8394
E-mail:        jzmuda@califf.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| YASH TECHNOLOGIES, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:07-cv-4054 ) |
| PROSPEED TRADING, INC., a California corporation, | ) ) ) ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    pkoenig@qconline.com
    lcoolidge@qconling.com
    jzmuda@califf.com
    jketner@califf.com

and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants.

    None.

                                    YASH TECHNOLOGIES, INC., Plaintiff

                                    /s/ James S. Zmuda

                                    James S. Zmuda IL Bar #6202119
                                    Attorney for Plaintiffs
                                    Califf & Harper, P.C.
                                    506 15th Street, Suite 600
                                    Moline, Illinois 61265
                                    Telephone:    (309) 764-8300
                                    Facsimile:    (309) 764-8394
                                    E-mail:        jzmuda@califf.com

jsz.pldg.3482-2